UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

      Plaintiff,

vs.                                    Case No. 8:12-CV-1666-T-30EAJ

JOHN DOES 1-19,

      Defendants.

_____/

## ORDER

Before the Court is John Doe 4's **Motion for Protective Order, With Motion to Quash and Motion to Dismiss, With Incorporated Memorandum of Law** (Dkt. 10). A hearing was held on October 29, 2012.

For the reasons stated at the hearing, it is **ORDERED and ADJUDGED** that:

(1)      on or before **November 5, 2012**, the parties shall file a stipulated protective order;

(2)      Plaintiff Malibu Media, LLC shall not communicate with John Doe 4 directly, but shall communicate only with John Doe 4's counsel; and

(3)      John Doe 4's Motion for Protective Order, With Motion to Quash and Motion to Dismiss (Dkt. 10) is **DENIED** as premature in all other respects.

**DONE AND ORDERED** in Tampa, Florida on this 29th day of October, 2012.

ELIZABETH A JENKINS
United States Magistrate Judge