UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                         Case No: 8:12-cv-1666-T-30EAJ

JOHN DOES 1-19, JOHN DOE 16
(72.91.117.82) and JOHN DOE 17,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice of John Does 12, 13, 14, 15, 16, 17, 18, and 19 (Dkt. #36). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. The motion hearing scheduled on March 28, 2013, at 8:45 a.m. is cancelled.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of March, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1666 dismiss 36.docx